50 A.3d 39

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. PER-
MA–PIPE, INC., DEFENDANT–CROSS–MOVANT, AND
PERINI CORPORATION, ET AL., DEFENDANTS.

OTHER RELATED CASES.

July 18, 2012.

This matter having been duly presented to the Court, it is
ORDERED that the motion for leave to appeal is granted, limited
to Point II of movant's brief regarding the applicability of the
statute of repose, *N.J.S.A.* 2A:14–1.1, to bar the State's claim
against movant.